IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILHELMINA BROWN, KENTON JOHNSON and NIKIA DUNBAR on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-6396 |
| v. | ) ) | |
| WORLDPAC, INC., | ) ) | Judge Robert Gettleman |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiffs Whilhelmina Brown, Kenton Johnson, and Nikia Dunbar and Defendant Worlpac, Inc. stipulate that Plaintiffs' claims against Defendant may be dismissed without prejudice and that an order to that effect may be entered without further notice.

AGREED:

/s/ Christopher J. Wilmes
Matthew J. Piers
Christopher J. Wilmes
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312-580-0100
*Counsel for Plaintiff*

/s/ Kirsten A. Milton
Kirsten A. Milton
Jackson Lewis PC
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601

Eric R. Magnus
Jackson Lewis PC
1155 Peachtree St., N.E., Suite 1000
Atlanta, GA 30309
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 25, 2018, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

| | |
|---|---|
| Kirsten A. Milton | Eric R. Magnus |
| Jackson Lewis PC | Jackson Lewis PC |
| 150 N. Michigan Ave., Suite 2500 | 1155 Peachtree St., N.E., Suite 1000 |
| Chicago, IL 60601 | Atlanta, GA 30309 |

                                          /s/ Christopher J. Wilmes
                                          One of the Attorneys for Plaintiff